IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **MATTHEW ROBERT YOUNG,** | 3:08-CV-1138-PK |
| Plaintiff, | JUDGMENT |
| v. | |
| **MARK NOOTH,** Superintendent of Snake River Correctional Institution; **DEPARTMENT OF RISK MANAGEMENT ADMINISTRATIVE SERVICES, INMATE CLAIMS UNIT; GUY HALL,** Superintendent of Two Rivers Correctional Institution; **JODEAN ELLIOT-BLAKESLEE; PEGGY DEAN; SHIRLEY HODGE; JUDY GILMORE; THERESA HICKS; and CAROL ROBERTS,** | |
| Defendants. | |

Based on the Court's Order (#100) issued September 27, 2011, the Court **DISMISSES** this matter **with prejudice.**

IT IS SO ORDERED.

DATED this 27th day of September, 2011.

/s/ Anna J. Brown
_____
ANNA J. BROWN
United States District Judge

1 - JUDGMENT